UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

STACY WILLIAMS,

    Plaintiff,

Case No. 15-CV-10568

v.

HON. MARK A. GOLDSMITH

CONVERGENT OUTSOURCING, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 16, 2015, the Court issued an order requiring Plaintiff to show cause why this matter should not be dismissed for failure to prosecute. See 3/16/2015 Order (Dkt. 7). Plaintiff has not responded to the order, and the time to do so has expired.

Accordingly, it is ordered that this case is dismissed without prejudice. See Link v. Wabash R.R. Co., 370 U.S. 626, 630-631 (1962).

SO ORDERED.

Dated: April 7, 2015        s/Mark A. Goldsmith
   Detroit, Michigan      MARK A. GOLDSMITH
                     United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 7, 2015.

                s/Johnetta M. Curry-Williams
                Case Manager

1